IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REZA SADEGHIAN, M.D.,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 18-00009-JB-B |
| **UNIVERSITY OF SOUTH ALABAMA** *et al.*, | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' Motion to Dismiss be **GRANTED, in part, and DENIED, in part,** as set forth in the Report and Recommendation.

**DONE** this 22nd day of January, 2019.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**